Michael Fuller, Oregon Bar No. 09357
Trial Attorney for Debtor
OlsenDaines, PC
9415 SE Stark St., Suite 207
Portland, Oregon 97216
Email: mfuller@olsendaines.com
Office: (503) 274-4252
Fax: (503) 362-1375
Cell: (503) 201-4570

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Lynn Christine Orchard,<br><br>            Debtor.<br><br>**LYNN ORCHARD,**<br><br>            Plaintiff,<br><br>    v.<br><br>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, a foreign entity, and **ROUTH CRABTREE OLSEN, P.C.**, a foreign professional corporation.<br><br>           Defendants. | Case No. 09-65380-tmr13<br><br>Adv. Proc. No.<br><br>**COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY, CONTEMPT, AND UNLAWFUL DEBT COLLECTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**11 U.S.C. § 362(k)**<br>**15 U.S.C. § 1692** *et seq.*<br>**ORS 646.639** *et seq.* |

1.

**<u>INTRODUCTION</u>**

Mrs. Orchard's mortgage company fails to properly apply her monthly payments.

As a result, its debt collector harasses her and illegally threatens to foreclose on her home, necessitating this lawsuit for fair and just compensation.

**COMPLAINT** - Page 1

                                       **OlsenDaines, PC**
                                       9415 Stark St., Ste. 207
                                       Portland, Oregon 97216
                                       Telephone (503)274-4252
                                       Facsimile (503) 362-1375

Lynn Orchard ("debtor"), by and through her trial attorney, Michael Fuller, alleges:

2.

## **JURISDICTION AND THE PARTIES**

This is an adversary proceeding brought under 11 U.S.C. §§ 105 and 362(k), the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Oregon Unlawful Debt Collection Practices Act ("OUDCPA"), ORS 646.639 *et seq.*

3.

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332, 1334, 157, and 1367 because the Bankruptcy Code and FDCPA are federal law, true diversity exists between the parties and the amount in controversy is met, and because debtor's state law claim is so related to the automatic stay claim that they form part of the same case and controversy.

4.

This adversary proceeding is one arising in and related to the above-captioned bankruptcy case, filed under Chapter 13 of Title 11 now open in this Court, case number 09-65380-tmr13. The actions for violating the automatic stay and for contempt are core proceedings under 28 U.S.C. § 157. Pursuant to § 157(e), debtor consents to a jury trial before the Bankruptcy Court.

5.

This is an action for declaratory relief, actual damages, statutory damages, punitive damages, mild sanctions, and attorneys fees and costs brought by debtor against JPMorgan Chase Bank, National Association ("creditor") and Routh Crabtree Olsen, P.C. ("debt collector") resulting from ongoing willful violations of the automatic stay and various debt collection laws.

///

**COMPLAINT** - Page 2

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

Case 12-06197-tmr    Doc 1    Filed 12/21/12

6.

Debtor resides in Newport, Oregon and is a "consumer" as defined by the FDCPA at 15 U.S.C. § 1692a(3).

7.

Debtor is also a "person" and a "consumer" as defined by the OUDCPA at ORS 646.639(1)(h) and (a).

8.

Creditor operates its national bank throughout Oregon and is a frequent creditor in Oregon chapter 13 bankruptcy cases.

9.

Creditor is a foreign entity and a "person" as defined by the OUDCPA at ORS 646.639(1)(h).

10.

Creditor engages in consumer mortgage loan transactions with Oregonians and is a "commercial creditor" as defined by the OUDCPA at ORS 646.639(1)(c).

11.

Creditor directly, and indirectly through its debt collector, attempts to enforce consumer mortgage loan obligations against Oregonians and is a "debt collector" as defined by the OUDCPA at ORS 646.639(1)(g).

12.

Debt collector operates its debt collection business in Oregon and actively collects consumer debts from Oregonians.

**COMPLAINT** - Page 3

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

Case 12-06197-tmr    Doc 1    Filed 12/21/12

13.

Debt collector is a foreign professional corporation and a "person" as defined by the OUDCPA at ORS 646.639(1)(h).

14.

Debt collector regularly collects creditor's consumer mortgage loan debts and is a "debt collector" as defined by the OUDCPA at ORS 646.639(1)(g) and the FDCPA at 15 U.S.C. § 1692a(6).

15.

Debt collector attempts to collect debtor's alleged consumer mortgage obligation to creditor constituting a "debt" as defined by the OUDCPA at ORS 646.639(1)(e) and the FDCPA at 15 U.S.C. § 1692a(5).

///

///

///

///

///

///

///

///

///

///

///

///

///

**COMPLAINT** - Page 4

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

16.

## **FACTUAL ALLEGATIONS**

Prior to filing for chapter 13 bankruptcy protection, debtor owed a consumer mortgage debt to creditor.

17.

Debtor filed for chapter 13 bankruptcy protection in this Honorable Court on October 2, 2009.

18.

Debtor listed creditor on her schedule of secured creditors.

19.

Creditor received actual notice of the automatic stay in debtor's bankruptcy case, including a court-generated notice from the bankruptcy court.

20.

The court-generated notice warned creditor that attempting to collect from debtor in violation of the automatic stay may result in penalties.

21.

The court-generated notice informed creditor that debtor was represented by an attorney and provided contact information for debtor's attorney.

22.

On or around October 2009 creditor received actual written notice of debtor's chapter 13 plan.

///

**COMPLAINT** - Page 5

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

23.

Debtor's chapter 13 plan proposed to retain her home and cure any mortgage arrearages with creditor.

24.

On or around December 2009 creditor received actual written notice of the order confirming debtor's chapter 13 plan.

25.

On or around June 11, 2010, creditor, through its predecessor in interest, Chase Home Finance, LLC, filed for relief from the automatic stay in debtor's bankruptcy case.

26.

On or around December 8, 2011, creditor again filed for relief from the automatic stay in debtor's bankruptcy case.

27.

On or around January 12, 2012, creditor filed a withdrawal of its second motion for relief from the automatic stay.

28.

Creditor never received relief from the automatic stay in debtor's bankruptcy case.

29.

After receiving actual written notice of debtor's bankruptcy case and the automatic stay, creditor and its debt collector willfully harassed debtor in an attempt to collect on a claim arising before the commencement of her bankruptcy case.

///

**COMPLAINT** - Page 6

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

30.

Specifically, creditor fails to properly apply debtor's mortgage payments to her loan balance.

31.

Creditor and its debt collector harass debtor in writing at her home.

32.

Creditor and its debt collector harass debtor by representing that her credit could be damaged and disrupted if she does not act immediately.

33.

Creditor and its debt collector harass debtor by representing that foreclosure proceedings against her property have begun.

34.

Creditor and its debt collector contact debtor directly despite actual knowledge she is represented by an attorney.

35.

Creditor and its debt collector represent intent to collect from debtor outside the parameters of the order confirming her chapter 13 plan.

36.

Creditor and its debt collector represent to debtor that she may be subject to illegal late charges and interest.

///

///

**COMPLAINT** - Page 7

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

37.

Debt collector fails to clearly inform debtor whether it is attempting to collect a debt.

38.

Creditor and debt collector's direct involvement in debtor's bankruptcy case provide them good reason to know their collections activities are illegal.

39.

Creditor and debt collector's representations above are false and threaten to enforce remedies they know and should know are illegal.

40.

As a direct and proximate result of creditor and debt collector's choices, debtor suffers actual damages, including severe ongoing worry, anxiety and other negative emotions to be proven at trial.

41.

As a direct and proximate result of creditor and debt collector's choices, debtor suffers actual damages in the form of time spent and expenses including fees and costs to remedy creditor and debt collector's contempt.

///

///

///

///

///

///

**COMPLAINT** - Page 8

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

42.

## CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

(WILLFUL VIOLATION OF THE AUTOMATIC STAY)

(11 U.S.C. § 362(k))

Debtor incorporates the above by reference.

43.

Creditor turned debtor's account over to its debt collector for collections despite ample notice of the automatic stay, constituting a willful violation of 11 U.S.C. § 362.

44.

Creditor's willful collection activities violate the automatic stay and provide it an unfair advantage over other creditors that choose to responsibly conduct themselves within the bounds of the automatic stay and order confirming plan.

45.

Debtor is entitled to and so seeks punitive damages against creditor under § 362(k) so it may become profitable for creditor to follow the rules and abide by the orders of this Court in the future.

46.

Debtor is injured as a result of creditor's willful violations, and so is entitled to actual damages, punitive damages, declaratory relief that creditor violated the automatic stay, and attorneys fees and costs to remedy the contempt pursuant to 11 U.S.C. § 362(k).

///

**COMPLAINT** - Page 9

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

Case 12-06197-tmr    Doc 1    Filed 12/21/12

47.

## SECOND CLAIM FOR RELIEF

(COMPENSATORY CIVIL CONTEMPT)

(11 U.S.C. § 105)

Debtor incorporates the above by reference.

48.

Creditor fails to properly apply debtor's mortgage payments and willfully carries on direct collection activities despite actual notice of the automatic stay and actual participation in the bankruptcy case. Creditor and its debt collector are in direct violation of this Court's orders and should held in contempt pursuant to 11 U.S.C. § 105 and pursuant to this Court's inherent powers.

49.

## THIRD CLAIM FOR RELIEF

(OUDCPA)

(ORS 646.641)

Debtor incorporates the above by reference.

50.

Creditor and debt collector injured debtor through their willful unlawful collection practices as detailed above, violating the OUDCPA, specifically ORS 646.639(2)(c), (k), (m), and (n).

///

///

**COMPLAINT** - Page 10

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

Case 12-06197-tmr    Doc 1    Filed 12/21/12

51.

As a result of creditor and debt collector's willful unlawful collection practices, debtor is entitled to the greater of actual damages or $200, punitive damages, reasonable attorneys fees and costs, and declaratory relief pursuant to ORS 646.641.

52.

**FOURTH CLAIM FOR RELIEF**

(FDCPA)

(15 U.S.C. § 1692k)

Debtor incorporates the above by reference.

53.

Debt collector injured debtor through its willful unlawful collection practices as detailed above, violating the FDCPA, specifically 15 U.S.C. §§ 1692c, d, e, and f.

54.

As a result of debt collector's willful unlawful collection practices, debtor is entitled to the greater of actual damages or $1,000 and reasonable attorneys fees and costs pursuant to 15 U.S.C. § 1692k.

55.

Debtor is entitled to and so demands a jury trial on the OUDCPA and FDCPA claims.

///

///

///

///

**COMPLAINT** - Page 11

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

**WHEREFORE**, debtor request judgment against creditor and debt collector as follows:

A. Declaratory judgment that creditor and debt collector's choices willfully violated the automatic stay;

B. An Order holding creditor and debt collector in contempt;

C. An award of mild sanctions against creditor and debt collector;

D. An award of actual damages against creditor and debt collector;

E. An award of statutory damages against creditor and debt collector;

F. An award of punitive damages against creditor and debt collector;

G. An award of expenses, including reasonable attorneys fees and costs against creditor and debt collector;

H. For such other and further relief as this Court may deem just and proper.

Dated: December 21, 2012

/s/ Michael Fuller
Michael Fuller, Oregon Bar No. 09357
Trial Attorney for Debtor
OlsenDaines, PC
9415 SE Stark St., Suite 207
Portland, Oregon 97216
Email: mfuller@olsendaines.com
Office: (503) 274-4252
Fax: (503) 362-1375
Cell: (503) 201-4570

**COMPLAINT** - Page 12

**OlsenDaines, PC**
9415 Stark St., Ste. 207
Portland, Oregon 97216
Telephone (503)274-4252
Facsimile (503) 362-1375

Case 12-06197-tmr    Doc 1    Filed 12/21/12